| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Rawsthorne<br>Special Agent: Alley-HSI | Telephone: (810) 766-5177<br>Telephone: (313) 623-2106 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

Daniel Joseph Martina

Case: 2:25-mj-30685
Judge: Unassigned,
Filed: 11-07-2025

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/1/2025 to 11/6/2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2422(b) | Coercion and enticement of a minor; |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Speical Agent David Alley-HSI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 7, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR AN ARREST WARRANT

I, David M Alley, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received

1

training in child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Daniel Joseph Martina (XX/XX/1987) for violations 18 U.S.C § 2422(b) – coercion and enticement of a minor.

3. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Daniel Joseph Martina.

**PROBABLE CAUSE**

4. In November 2025, I was acting as an HSI Detroit Undercover Agent (UCA) on Kik, a social media messaging application, as the father of a daughter under the age of 10 years old. The UCA was in numerous chat rooms on Kik, some of which were dedicated to child pornography or the apparent sexual abuse of children. The UCA pretended to be an individual interested in the sexual exploitation of children and open to the exploitation of the UCA's fictitious eight-year-old child. I am

2

aware from my prior experience that Kik is often frequented by individuals interested in the sexual exploitation of children.

5.      On November 1, 2025 at 9:19 PM, Kik user DanniiDevineXXX (shortened to "DDX" for this complaint) contacted the UCA via private message. DDX expressed an interest in meeting with the UCA and the eight-year-old child for the purposes of engaging in sexual acts with the child. DDX at one point asked "Oh…nice. And she likes playing around?" DDX also stated "Im interested in being with someone younger but im looking for mutual enjoyment. Im not into anything rough, not into that scene[.]" and asked "Oh nice. Is she good at head?" and "Can she deep throat" to the UCA. DDX also stated that "Well I'd like to start by feeling her suck me *winking face emoji* probably kiss and cuddle some."

6.      The conversation continued over several days, wherein the UCA and DDX determined that both were in Michigan, with DDX indicating that he lived around Flint. During the conversation, DDX indicated that the youngest individual that he had ever been with was 14, when DDX was 25 years old. DDX told the UCA that he had a large cache of child pornography, which he stored on a portable drive. Eventually DDX and the UCA agreed that DDX would provide approximately 50 GB worth of child pornography that DDX had stored on a portable hard drive in exchange for DDX having access to meet with the UCA's child to engage in sexual

3

acts. DDX sent an image of the hard drive to the UCA. DDX also asked if the UCA's child was "able to ride *eggplant emoji*"

7. After DDX expressed a strong eagerness to meet immediately for sexual acts with UCA's child, they agreed to do so at a hotel in the Eastern District of Michigan.

8. DDX asked, "And there's no way ur daughter says anything to her mom? Im assuming u trained her on that?" When the UCA asked what DDX planned to do with her, he stated, "Well im gonna start by cuddling her kissing, probably have her go down on me for a min then have her get on top of me so we can 69" and also stated "I really want taste her. I bet she tastes good huh?" When asked if he liked that she was only eight, DDX replied that it was what he was "looking forward to most."

9. At some point in the conversation, DDX sent the UCA a picture of apparent child pornography, causing him to be banned from Kik. DDX created a new username and began messaging the UCA to complete the plans.

10. DDX then made a hotel reservation at Hotel 1, a hotel in Waterford, Michigan, and sent a confirmation of the reservation to the UCA. The UCA and DDX continued the plan to meet at the hotel. When asked what DDX wanted the UCA to tell his child, DDX responded in substance that he would make her feel

4

good and treat her like "a princess." DDX also agreed to bring a six-pack of beer to split with the UCA.

11.   An HSI Special Agent was able to confirm with an employee at Hotel 1 that Daniel Martina had made a reservation for a room at approximately 1:30 pm that day. Record checks revealed that a Daniel Joseph Martina resided at an address on in Grand Blanc, Michigan. I was also able to observe Martina's state of Michigan driver's license picture.

12.   At approximately 3:55pm a Chrysler 200 with Michigan license plate (XXX 096) was observed arriving at the Hotel 1. This vehicle is registered to another individual at the same Grand Blanc, Michigan address linked to Martina.

13.   I observed a male matching Martina's description enter the Hotel 1. Martina was approached by HSI Special Agents and was arrested at this time. Martina was read his Miranda rights and elected not to provide a statement. While taking Martina to use the bathroom at his request, Martina stated, unprompted, "I just want to thank you guys for catching me before I hurt someone."

14.   A search of the vehicle Martina arrived in revealed that he was in possession of a six pack of beer, condoms, and what appeared to be the same hard drive that Kik user DanniiDevineXXX sent an image of to the UCA.

# CONCLUSION

15. I respectfully submit that there is probable cause to believe that Daniel Joseph Martina has committed violations of 18 U.S.C § 2422(b) coercion and enticement of a minor, in that he used a means and instrumentality of interstate commerce—the Internet—to attempt to persuade, induce, and entice a minor (through her parent) to engage in sexual activity for which any person can be charged with a crime.

16. I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Daniel Joseph Martina.

Respectfully submitted,

_____
Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Curtis Ivy, Jr.
United States Magistrate Judge

Date: November 7, 2025